UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES H. HAMPTON, JR.,

                Plaintiff,

-against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION; WOODHULL
HOSPITAL POLICE OFFICER MCFADDEN
OR MCFARLAND 1-14-2016; CITY OF
NEW YORK; CAPTAIN WILLIAMS AMKC
C-71 E50 UNIT MAY 2016,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1|17|2017

**ORDER**

16 Civ. 4961 (ER)

Ramos, D.J.:

      James H. Hampton, Jr. ("Plaintiff") filed this *pro se* action on or around June 15, 2016. On December 9, 2016, Defendant City of New York (the "City") filed a motion to dismiss the case for failure to prosecute. Doc. 14. The City argues that Plaintiff failed to comply with this Court's Orders dated September 27, 2016 (Doc. 11) and November 1, 2016 (Doc. 13) by failing to: (1) provide the City with more information regarding the officer who allegedly used force against him; (2) provide the City with an unsealing release pursuant to N.Y. C.P.L. § 160.50 and executed medical releases; and (3) provide the Court with an updated mailing address. Doc. 14 at 2.

      On December 12, 2016, the Court entered an Order notifying Plaintiff that his response to the City's motion was due December 30, 2016 and advising Plaintiff that failure to prosecute his claim could result in dismissal of his case. Doc. 15 (citing Fed. R. Civ. P. 41(b)). Plaintiff did not submit a response, nor has he provided the Court with an updated mailing address.

Accordingly, and for the reasons set forth in the City's motion, the above-captioned case is hereby DISMISSED without prejudice for lack of prosecution. The Clerk of the Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: January 17, 2017
New York, New York

_____
Edgardo Ramos, U.S.D.J.